1  James F. Speyer (Bar No. 133114)
   james.speyer@aporter.com
2  John D. Lombardo (Bar No. 187142)
   john.lombardo@aporter.com
3  ARNOLD & PORTER LLP
   777 Figueroa Street, 44th Floor
4  Los Angeles, California  90017
   Telephone:     (213) 243-4000
5  Facsimile:     (213) 243-4199
6
7  Attorneys for Defendant
   7-ELEVEN, INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WINERY EXCHANGE, INC,, | Case No. CV11 6325-EMC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER REGARDING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT (DKT. #4)** |
| v. | |
| 7-ELEVEN, INC., a Texas corporation; and DOES 1 through 10, | [Civ. Local Rule 6-2] |
| Defendants. | |

[PROPOSED] ORDER GRANTING STIPULATION RE BRIEFING
AND HEARING SCHEDULE RE PLAINTIFF'S MOTION FOR
WRIT OF ATTACHMENT (DKT. #4)                                    No. CV-11-6325 EMC

Having considered the parties' "Stipulated Request for Order Regarding Briefing and Hearing Schedule for Plaintiff's Motion for Right to Attach Order and Writ of Attachment (Dkt. #4)," and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Defendant's Opposition to Plaintiff's Motion for Right to Attach Order and Writ of Attachment (Dkt. #4) shall be due on January 31, 2012; and

2. Plaintiff's Reply shall be due on February 10, 2012; and

3. Hearing of Plaintiff's Motion for Right to Attach Order Writ of Attachment (Dkt. #4) is set for February 24, 2012, at 1:30 p.m.

4. Defendant's Motion for Extension of Time (Dkt. #15) is moot in light of the parties' stipulation.

Dated: \_\_\_\_\_ 1/12 _____, 2012



_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION RE BRIEFING
AND HEARING SCHEDULE RE PLAINTIFF'S MOTION FOR
WRIT OF ATTACHMENT (DKT. #4)  No. CV-11-6325 EMC