| | |
|---|---|
| 1 | James F. Speyer (Bar No. 133114) |
|   | james.speyer@aporter.com |
| 2 | John D. Lombardo (Bar No. 187142) |
|   | john.lombardo@aporter.com |
| 3 | ARNOLD & PORTER LLP |
|   | 777 Figueroa Street, 44th Floor |
| 4 | Los Angeles, California  90017 |
|   | Telephone:     +1 213.243.4000 |
| 5 | Facsimile:      +1 213.243.4199 |
| 6 | Gabriel N. White (Bar No. 258257) |
|   | gabriel.white@aporter.com |
| 7 | ARNOLD & PORTER LLP |
|   | 3 Embarcadero Center, 7th Floor |
| 8 | San Francisco, California 94111 |
|   | Telephone:     +1 415.434.1600 |
| 9 | Facsimile:      +1 415.677.6262 |
| 10 | Attorneys for Defendant |
|    | 7-ELEVEN, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WINERY EXCHANGE, INC., | ) | Case No. CV-11-6325-EMC |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION AND PROPOSED ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | ) |  |
|  | ) | [Civ. Local Rule 6-2] |
| 7-ELEVEN, INC., a Texas corporation; and DOES 1 through 10, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

STIPULATION AND PROPOSED ORDER RESCHEDULING CMC          CV-11-6325 EMC

31539580v1

Pursuant to Civil Local Rule 6-2, Plaintiff Winery Exchange, Inc., and Defendant 7-Eleven, Inc., respectfully request an order from the Court rescheduling the Case Management Conference in this case from April 6, 2012 to April 20, 2012.

As required by Civil Local Rule 6-2(a), the grounds for this Stipulated Request are more fully stated in the Declaration of James F. Speyer filed concurrently herewith. Nothing in this Stipulated Request shall affect the timing of any other proceeding or motion in this case.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Dated: March 8, 2012.                          Dated: March 8, 2012.

WINSTON & STRAWN LLP                           ARNOLD & PORTER LLP


By:    */s/ Erin R. Ranahan*                   By: */s/ James F. Speyer*
       Neal R. Marder                               James F. Speyer
       Erin R. Ranahan                              John D. Lombardo
       Andrew S. Jick                               Gabriel N. White
       Attorneys for Plaintiff                     Attorneys for Defendant
       WINERY EXCHANGE, INC.                       7-ELEVEN, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: __3/8_____, 2012

_____
THE HONORABLE EDWARD M. CHEN
UNTIED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

- 1 -

STIPULATION AND PROPOSED ORDER RESCHEDULING CMC                         CV-11-6325 EMC