1 | James F. Speyer (Bar No. 133114)
james.speyer@aporter.com
2 | John D. Lombardo (Bar No. 187142)
john.lombardo@aporter.com
3 | ARNOLD & PORTER LLP
777 Figueroa Street, 44th Floor
4 | Los Angeles, California 90017
Telephone: +1 213.243.4000
5 | Facsimile: +1 213.243.4199

6 | Gabriel N. White (Bar No. 258257)
gabriel.white@aporter.com
7 | ARNOLD & PORTER LLP
3 Embarcadero Center, 7th Floor
8 | San Francisco, California 94111
Telephone: +1 415.434.1600
9 | Facsimile: +1 415.677.6262

10 | Attorneys for Defendant
7-ELEVEN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WINERY EXCHANGE, INC., | Case No. CV-11-6325-EMC |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | [Civ. Local Rule 6-2] |
| 7-ELEVEN, INC., a Texas corporation; and DOES 1 through 10, | |
| Defendants. | |

STIPULATION AND PROPOSED ORDER RESCHEDULING CMC            CV-11-6325 EMC

31539580v1

Pursuant to Civil Local Rule 6-2, Plaintiff Winery Exchange, Inc., and Defendant 7-Eleven, Inc., respectfully request an order from the Court rescheduling the Case Management Conference in this case from April 6, 2012 to April 20, 2012.

As required by Civil Local Rule 6-2(a), the grounds for this Stipulated Request are more fully stated in the Declaration of James F. Speyer filed concurrently herewith. Nothing in this Stipulated Request shall affect the timing of any other proceeding or motion in this case.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Dated: March 8, 2012.

WINSTON & STRAWN LLP

By: _____/s/ Erin R. Ranahan_____
Neal R. Marder
Erin R. Ranahan
Andrew S. Jick
Attorneys for Plaintiff
WINERY EXCHANGE, INC.

Dated: March 8, 2012.

ARNOLD & PORTER LLP

By: _/s/ James F. Speyer_____
James F. Speyer
John D. Lombardo
Gabriel N. White
Attorneys for Defendant
7-ELEVEN, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: ___3/8_____, 2012

_____
THE HONORABLE EDWARD M. CHEN
UNTIED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen