United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINERY EXCHANGE, INC., | No. C11-6325 EMC |
| Plaintiff, | |
| v. | **ORDER RE ATTORNEY-CLIENT PRIVILEGE** |
| 7-ELEVEN, INC., et al., | |
| Defendants. _____/ | |

The Court has reviewed Defendant's evidentiary submission purporting to establish the asserted attorney-client privilege between Arnold & Porter LLP and Mr. Kuehnhold. The Court finds that Defendant and Mr. Kuehnhold have failed to meet their burden of establishing a personal attorney-client relationship. Therefore, no such privilege obtains.

IT IS SO ORDERED.

Dated: June 7, 2012

_____
EDWARD M. CHEN
United States District Judge