Neal R. Marder (SBN 126879)
*nmarder@winston.com*
Erin R. Ranahan (SBN 235286)
*eranahan@winston.com*
Andrew S. Jick (SBN 278943)
*ajick@winston.com*
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Plaintiff
WINERY EXCHANGE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WINERY EXCHANGE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> 7-ELEVEN, INC., a Texas corporation; and DOES 1 through 10, <br><br> Defendants. | Case No. CV11-6325-EMC <br><br> **STIPULATION TO CONTINUE SUBSEQUENT CASE MANAGEMENT CONFERENCE FROM JULY 31, 2012 TO AUGUST 24; 2012; AND [PRO~~POS~~ED] ORDER** <br><br> Current CMC Date: July 31, 2012 <br> New Proposed Date: August 24, 2012 <br> Time: 10:30 AM <br> Place: Courtroom 5 <br> Judge: Hon. Edward M. Chen <br><br> Supporting Declaration of Erin R. Ranahan Filed Concurrently |

WHEREAS, pursuant to Civil Local Rule 6-2, Plaintiff Winery Exchange, Inc., and Defendant 7-Eleven, Inc., respectfully request an order from the Court rescheduling the Subsequent Case Management Conference in this case from July 31, 2012 at 10:30 a.m. to August 24, 2012 at 10:30 a.m.;

WHEREAS, pursuant to Civil Local Rule 6-2(a), the grounds for this Stipulation are more fully stated in the Declaration of Erin R. Ranahan filed concurrently herewith. Nothing in this Stipulated Request shall affect the timing of any other proceeding or motion in this case.

WHEREAS, in accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 11, 2012				WINSTON & STRAWN LLP

						By:	/s/ Erin R. Ranahan
							Neal R. Marder
							Erin R. Ranahan
							Andrew S. Jick
							Attorneys for Plaintiff
							WINERY EXCHANGE, INC

Dated: July 11, 2012				ARNOLD & PORTER LLP

						By:	/s/ James F. Speyer
							James F. Speyer
							John D. Lombardo
							Gabriel N. White
							Attorneys for Defendant
							7-ELEVEN, INC.

# [P~~ROP~~OSED] ORDER

Upon consideration of the Parties' Joint Stipulation to Continue Subsequent Case Management Conference from July 31, 2012 to August 24, 2012, and the supporting Declaration of Erin R. Ranahan, THE COURT HEREBY ORDERS THAT:

The Subsequent Case Management Conference is hereby continued from July 31, 2012 at 2012 at 10:30 a.m., to August 24, 2012 at 10:30 a.m.

Dated: July 12, 2012



_____
HON.
UNITED

IT IS SO ORDERED
Judge Edward M. Chen

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543