Neal R. Marder  (SBN 126879)
*nmarder@winston.com*
Erin R. Ranahan  (SBN 235286)
*eranahan@winston.com*
Andrew S. Jick (SBN 278943)
*ajick@winston.com*
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750

Attorneys for Plaintiff
WINERY EXCHANGE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WINERY EXCHANGE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> 7-ELEVEN, INC., a Texas corporation; and DOES 1 through 10, <br><br> Defendants. | Case No.   CV11-6325-EMC <br><br> **JOINT CASE MANAGEMENT STATEMENT**; ORDER RESETTING STATUS <br><br> **[Fed. R. Civ. P. 16 and 26;** <br> **Civil L.R. 16-9]** <br><br> **Subsequent Status Conference:** <br> **12/11/12, 10:30 a.m., Courtroom 5, 17th Floor** |

Pursuant to Federal Rules of Civil Procedure 16 and 26(f), Northern District of California Civil Local Rule 16-9, and the Court's Standing Order, Plaintiff Winery Exchange, Inc. ("Plaintiff") and Defendant 7-Eleven, Inc. ("Defendant," and collectively, the "Parties") respectfully submit this Case Management Statement, reporting progress or changes since the last statement was filed.

**SETTLEMENT AND ADR**

Since the last statement was filed, the Parties reached a settlement in principle during their November 14, 2012 mediation with the Honorable Judge Infante. The Parties are working to finalize the settlement agreement and expect to submit a dismissal of this action within the next several weeks. Accordingly, to conserve resources of the parties and the Court, the parties would request that the Court continue the December 11, 2012 status conference until January 2013 or later, by which time the parties expect that this matter will be dismissed and closed.

Dated: December 4, 2012.                                           Dated: December 4, 2012.

WINSTON & STRAWN LLP                                         ARNOLD & PORTER LLP


By:   */s/ Erin R. Ranahan*                                          By:   */s/ James F. Speyer*
      Neal R. Marder                                                       James F. Speyer
      Erin R. Ranahan                                                      John D. Lombardo
      Andrew S. Jick                                                       Gabriel N. White
      Attorneys for Plaintiff                                              Attorneys for Defendant
      WINERY EXCHANGE, INC.                                                7-ELEVEN, INC.


IT IS SO ORDERED that the status conference is reset from 12/11/12 to 2/7/13 at 10:30 a.m. An updated joint status report shall be filed by 1/31/13. The Status will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
United States District Judge



**JOINT CASE MANAGEMENT STATEMENT**
**CASE NO. CV11-6325-EMC**