Neal R. Marder (SBN 126879)
*nmarder@winston.com*
Erin R. Ranahan (SBN 235286)
*eranahan@winston.com*
Andrew S. Jick (SBN 278943)
*ajick@winston.com*
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Plaintiff
WINERY EXCHANGE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WINERY EXCHANGE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> 7-ELEVEN, INC., a Texas corporation; and DOES 1 through 10, <br><br> Defendants. | Case No. CV11-6325-EMC <br><br> **STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)** ; ORDER |

**STIPULATION OF DISMISSAL**
**CASE NO. CV11-6325-EMC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Winery Exchange, Inc. ("WX") and Defendant 7-Eleven, Inc. ("7-Eleven"), by their respective counsel, hereby stipulate to dismiss this entire action with prejudice, without costs or attorneys' fees to WX or 7-Eleven and with neither WX or 7-Eleven as a prevailing party.

Dated: December 14, 2012.              Dated: December 14, 2012.

WINSTON & STRAWN LLP                   ARNOLD & PORTER LLP

By:   */s/ Erin R. Ranahan*            By:   */s/ James F. Speyer*
      Neal R. Marder                         James F. Speyer
      Erin R. Ranahan                        John D. Lombardo
      Andrew S. Jick                         Gabriel N. White
      Attorneys for Plaintiff                Attorneys for Defendant
      WINERY EXCHANGE, INC.                  7-ELEVEN, INC.

IT IS SO ORDERED.  The Court of the Clerk is directed to close this case.

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543