Neal R. Marder  (SBN 126879)
*nmarder@winston.com*
Erin R. Ranahan  (SBN 235286)
*eranahan@winston.com*
Andrew S. Jick (SBN 278943)
*ajick@winston.com*
**WINSTON & STRAWN LLP**
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750

Attorneys for Plaintiff
WINERY EXCHANGE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WINERY EXCHANGE, INC., <br><br>   Plaintiff, <br><br>   vs. <br><br> 7-ELEVEN, INC., a Texas corporation; and DOES 1 through 10, <br><br>   Defendants. | Case No.  CV11-6325-EMC <br><br> **STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)** ; ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Winery Exchange, Inc. ("WX") and Defendant 7-Eleven, Inc. ("7-Eleven"), by their respective counsel, hereby stipulate to dismiss this entire action with prejudice, without costs or attorneys' fees to WX or 7-Eleven and with neither WX or 7-Eleven as a prevailing party.

Dated: December 14, 2012.                                     Dated: December 14, 2012.

WINSTON & STRAWN LLP                                          ARNOLD & PORTER LLP

By:   */s/ Erin R. Ranahan*                                   By:   */s/ James F. Speyer*
     Neal R. Marder                                              James F. Speyer
     Erin R. Ranahan                                             John D. Lombardo
     Andrew S. Jick                                              Gabriel N. White
     Attorneys for Plaintiff                                     Attorneys for Defendant
     WINERY EXCHANGE, INC.                                       7-ELEVEN, INC.

IT IS SO ORDERED.  The Court of the Clerk is directed to close this case.

_____
Edward M. Chen
U.S. District Judge



**STIPULATION OF DISMISSAL**
**CASE NO. CV11-6325-EMC**

2